C:\Case Files\Sussman\Order re conditions of release.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x
UNITED STATES OF AMERICA, :

   -against- : 08-cr-00891(DRD)

BARRY SUSSMAN, : ORDER MODIFYING
    CONDITIONS OF RELEASE
    Defendant. :
---------------------------------x

    This matter having been opened to the Court on the application of defendant, by his attorney, David A. Ruhnke, and the United States having no opposition to the application, Deborah Gannett, A.U.S.A., it is on this 11th day of June, 2009,

    ORDERED that defendant's conditions of release are hereby modified such that defendant may leave his residence on June 17, 2009, from 7:00 p.m. to 11:00 p.m., for the purposes of attending his daughter's high school graduation; it is

    FURTHER ORDERED that defendant may leave his residence for 90 minutes for the purposes of a haircut, at a date and time to be established, provided that the defendant notifies Pretrial Services in advance of the date and time of the haircut appointment and that defendant calls Pretrial Services when he leaves for the appointment and upon his return to his residence.

                                                              DICKINSON R. DEBEVOISE,
                                                             SENIOR UNITED STATES DISTRICT JUDGE