C:\Case Files\Sussman\Order re conditions of release (07-21-2009).wpd

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                    :

    -against-                              :        08-cr-00891(DRD)

BARRY SUSSMAN,                               :        ORDER MODIFYING
                                                     UNDERLINE_CONDITIONS OF RELEASE
                              Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - x

    This matter having been opened to the Court on the application of defendant, by his

attorney, David A. Ruhnke, and the United States having no opposition to the application,

Deborah Gannett, A.U.S.A., it is on this _21st_ day of July, 2009,

    ORDERED that defendant's conditions of release are hereby modified such that

defendant may leave his residence on Saturday, July 25, 2009, from 7:00 a.m. to 7:00 p.m.,

for the purpose of attending parents' day at his children's camp; it is

    FURTHER ORDERED that defendant's wife, Llizabeth Sussman, will accompany

her husband and that Mrs. Sussman agrees, and is hereby ORDERED, to notify pretrial

services immediately if Mr. Sussman does not comply with this order.

                                   _____
                           DICKINSON R. DEBEVOISE,
                           SENIOR UNITED STATES DISTRICT JUDGE