C:\Case Files\Sussman\Order re conditions of release (07-27-2009).wpd

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------x
UNITED STATES OF AMERICA,        :

 -against-                       :    08-cr-00891(DRD)

BARRY SUSSMAN,                   :    ORDER MODIFYING
                                      CONDITIONS OF RELEASE
            Defendant.           :
------------------------------x

This matter having been opened to the Court on the application of defendant, by his attorney, David A. Ruhnke, and the United States having no opposition to the application, Deborah Gannett, A.U.S.A., it is on this 28th day of July, 2009,

ORDERED that defendant's conditions of release are hereby modified such that his children's passports shall be released forthwith to defendant's wife, Elizabeth Sussman, so that the children may travel to and from Canada as part of a camp-sponsored trip; it is

FURTHER ORDERED that Mrs. Sussman shall return the passports to Pretrial Service promptly upon the completion of the trip to Canada.

~~DICKINSON R. DEBEVOISE,~~ JOSE LINARES
~~SENIOR~~ UNITED STATES DISTRICT JUDGE